NUMBER 13-00-660-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________


REDELL ROGERS
, Appellant,


v.



HOUSING AUTHORITY OF THE CITY OF HOUSTON
, Appellee.

________________________________________________________________


On appeal from the County Civil Court at Law No. 2 


of Harris County, Texas.


________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam


 Appellant, REDELL ROGERS, perfected an appeal from a judgment
entered by the County Civil Court at Law No. 2 of Harris County,
Texas, in cause number 739577. The notice of appeal and clerk's
record were received on October 13, 2000. Pursuant to Tex. Gov't Code
§51.207(b)(1) and § 51.941(a)(1), a filing fee in the amount of $125.00
is due upon the filing of an appeal. To date, appellant has failed to pay
the filing fee. 

 On December 18, 2000, pursuant to Tex. R. App. P. 42.3(c), notice
was given to appellant that he was delinquent in remitting this filing fee
and that, unless the filing fee was paid within ten days from the date
of receipt of this Court's notice, this appeal would be dismissed. To
date, appellant has failed to respond to this Court's notice. On April 19,
2001, appellee filed an amended motion to dismiss the appeal for want
of prosecution. 

 The Court, having considered the documents on file, appellant's
failure to comply with the rules, and appellee's amended motion to
dismiss the appeal, is of the opinion that appellee's motion should be
granted. Appellee's motion to dismiss is GRANTED, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of May, 2001